UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   Magistrate Docket No.  '07 MJ 2851
                                    )
            Plaintiff,              )
                                    )   COMPLAINT FOR VIOLATION OF:
      v.                            )
                                    )   Title 8, U.S.C., Section 1326
Victor Manuel ALFARO-Reyes,         )   Deported Alien Found in the
                                    )   United States
                                    )
            Defendant               )
                                    )

The undersigned complainant, being duly sworn, states:

On or about **December 06, 2007** within the Southern District of California, defendant, **Victor Manuel ALFARO-Reyes**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **10th** DAY OF **DECEMBER 2007,**

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
Victor Manuel ALFARO-Reyes

### PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On December 06, 2007 Supervisory Border Patrol Agent D. Landers was performing linewatch duties in the Campo, California area of responsibility. Agent Landers working in an area known as Corte Madera, responded to a seismic sensor alarm and utilizing sign cutting techniques encountered footprints leading him to 5 suspected illegal aliens attempting to conceal themselves in some thick brush. One of the subjects was later identified as Victor Manuel ALFARO-Reyes. Agent Landers immediately identified himself as a United States Border Patrol Agent and questioned all of the subjects as to their nationality and immigration status. All the subjects including the defendant admitted to having entered the United States without any immigration or travel documents allowing them to enter or remain in the United States legally. All the subjects were arrested and transported to the Campo Border Patrol Station for further processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **May 01, 2003** through **Nogales, Arizona**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**Executed on December 08, 2007 at 09:30am.**

_____
Ismael A. Canto
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of #1 page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **December 06 2007**, in violation of Title 8, United States Code, Section **1326**.

_____                    12/8/07 at 9:57am
Barbara L. Major                              Date/Time
United States Magistrate Judge